UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE: Christine A. Ryan,                              Chapter 13

                      Debtor.                              Case No. 16-60366

## MODIFIED CHAPTER 13 PLAN

The Debtor is 30 months into her Plan and has paid approximately $38,508 to the Trustee.

Debtor will excuse missed payments and being making payments of $1,800.00 per month for one (1) month beginning in October 2018 then $200.00 per month for six (6) months beginning November 2018 through April 2019 then $1,800.00 per month for six (6) months May 2019 through October 2019 then $200.00 per month for six (6) months beginning November 2019 through April 2020 then $1,800.00 per month for six (6) months beginning May 2020 through October 2020 then $200.00 for five (5) months beginning in November 2020 through March 2021.

The percentage paid to properly filed general unsecured creditors will remain at 100%.

That all other aspects of the Chapter 13 Plan will remain the same.

Dated: 9/27/18                                   /s/Christine A. Ryan
                                                          Christine A. Ryan, DEBTOR