So Ordered.

_____
Diane Davis
United States Bankruptcy Judge

Signed this 13 day of November, 2018.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
IN RE: Christine A. Ryan,
    Debtor

ORDER AUTHORIZING MODIFICATION OF PLAN ON CONSENT
Case No. 16-60366

Chapter 13 Bankruptcy

---

The Motion of Christine A. Ryan, by and through her attorneys, Orville & McDonald Law, P.C., for Modification of Chapter 13 Plan, said modification is to excuse missed payments and being making payments of $1,800.00 per month for one (1) month beginning in October 2018 then $200.00 per month for six (6) months beginning November 2018 through April 2019 then $1,800.00 per month for six (6) months May 2019 through October 2019 then $200.00 per month for six (6) months beginning November 2019 through April 2020 then $1,800.00 per month for six (6) months beginning May 2020 through October 2020 then $200.00 for five (5) months beginning in November 2020 through March 2021.

    Said modification would keep the percentage paid to properly filed unsecured creditors at 100%; having been filed herein, notice having been given to all creditors and there having been

no objection filed by the Trustee; it is hereby

ORDERED, that the Debtor's Chapter 13 Plan is modified as stated above and it is further

ORDRED, that in the event of a future default on plan payments, the trustee can serve and file a notice of default on the debtor and debtor's attorney of said default and if not cured within 20 days, the trustee can submit an ex-parte order of dismissal.